UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF Case

_____

HUGHES CONTRACTING INDUSTRIES, INC.,

Civil Action No. 08 CIV 10075 (LBS)

Plaintiff,

**DEFENDANTS'**
-against-                                                    **RULE 7.1 STATEMENT**

RELIANCE CONSTRUCTION OF CANADA
a/k/a Construction Reliance du Canada ltee;
RELIANCE CONSTRUCTION, LTD d/b/a
RCG GROUP, also known as RCG
CONSTRUCTION GROUP; and
STEVEN KAPLAN,

Defendants.

_____

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Reliance Construction of Canada a/k/a Construction Reliance du Canada ltee and Reliance Construction Ltd. d/b/a RCG Group, also known as Reliance Construction Group (private non-governmental parties) certifies that Tasbri Holdings Ltd. is the corporate parent of these defendants and that there are no publicly held corporations which own 10% or more of their stock.

Dated: New York, New York
      December 16, 2008

GREENBERG, TRAGER & HERBST, LLP
Attorneys for Defendant RCG
767 Third Avenue, 12th Floor
New York, New York 10017
212-688-1900

By:    _____
              Richard J. Lambert (RL 7471)

To: S. Mac Gutman, Esq.
    GUTMAN & GUTMAN
    Attorneys for Plaintiff
    33 Main Street
    Port Washington, New York 11050
    516-944-0401

## CERTIFICATE OF SERVICE

I hereby certify that on December17, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the following Service List in the Manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
Richard J. Lambert (7471)

## SERVICE LIST
## HUGHES CONTRACTING INDUSTRIES LTD. v RELIANCE CONSTRUCTION OF CANADA  et al
## Case No.: 08-cv-10075- Sand/Pitman
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Mac Stanley Gutman
Gutman & Gutman
33 Main Street
Port Washington, New York 11050
516-944-0401
516-944-0310 (fax)
mac@gutmanandgutman.net


By First Class Mail upon:

Mac Stanley Gutman
Gutman & Gutman
33 Main Street
Port Washington, New York 11050
516-944-0401
516-944-0310 (fax)

By Telecopier upon:

Mac Stanley Gutman
Gutman & Gutman
33 Main Street
Port Washington, New York 11050
516-944-0401
 516-944-0310 (fax)